UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRESTONE FINANCIAL, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NARESH KUMAR NAYYAR,<br><br>　　　　Defendant. | Case No. 21-cv-03209-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 27 |

　　　Before the Court is Plaintiff's motion for writ of possession. ECF No. 27. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 14, 2021, is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: October 5, 2021



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　United States District Judge